# EXHIBIT A

# 001. Complaint and Demand for Jury Trial

Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel.: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

James T. Corrigan (Pro Hac Vice Pending)
O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON & QUILLIN, LLC
1034 S. Brentwood Blvd. Penthouse-1A, 23rd Floor
St. Louis, MO 63119
Tel: (314) 405-9000
Fax: (314) 405-9999
corrigan@osclaw.com
*Attorneys for Plaintiffs*

**If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.**

## IN THE THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the Estate of HAZEL RASMUSSEN, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC.; LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE; <br><br> Defendants. | **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **(TIER 3)** <br><br> Case No. <br><br> Judge: |

Plaintiffs, Cheryl Rasmussen and Michalek Hartranft, individually and on behalf of the estate of Hazel Rasmussen, by and through their counsel, hereby complain of the Defendants and allege as follows:

**PARTIES AND JURISDICTION**

1. Plaintiffs, Cheryl Rasmussen and Michalek Hartranft, are residents of the State of Utah and are the surviving mother and father of Hazel Rasmussen, deceased.

2. Defendant Springs Window Fashions, LLC is a Wisconsin corporation with its principal place of business in Wisconsin.

3. Defendant Lowe's Companies, Inc. is a North Carolina corporation with its principal place of business in North Carolina.

4. Defendant Lowe's Home Centers, LLC is a North Carolina corporation with its principal place of business in North Carolina.

5. Defendant LG Sourcing, Inc. is a North Carolina Corporation with its principal place of business in North Carolina.

6. Upon information and belief, Defendant Dat Nguyen is a resident of the State of Utah.

7. Upon information and belief, Defendant Jenisus Lee is a resident of the State of Utah.

8. The Fourth Judicial District Court in and for Salt Lake County, State of Utah, has jurisdiction of the claims asserted below pursuant to the provisions of §78A-5-102, Utah Code Ann. (1953 as amended).

9. Venue is properly laid before the Fourth Judicial District Court in and for Salt Lake County, State of Utah, pursuant to §78B-3-307, Utah Cod Ann. (1953 as amended).

2

**FACTUAL ALLEGATIONS**

10.     Upon information and belief, Defendants Nguyen and Lee are the owners and landlords of the property located at 5462 West Hunter Drive, West Valley City, Utah 84120.

11.     In August 2023, Plaintiffs were tenants living at 5462 West Hunter Drive.

12.     On August 30, 2023, Hazel Rasmussen was two years old and was at home with her family.

13.     Hazel was placed into her room for bedtime at approximately 6:30 p.m. with her sister Amelia.

14.     Sometime later that evening, Cheryl Rasmussen went to the bedroom to check on her daughters when she found Hazel hanging in a loop created from the cords of the window covering.

15.     Hazel suffered catastrophic injuries from the incident and ultimately passed away later that night.

16.     Upon information and belief, Hazel endured terrible fear, pain and suffering prior to her passing as a result of this incident.

17.     As a direct and proximate result of the Incident, Plaintiffs have suffered and will continue to suffer the loss of their daughter, causing them extreme mental and emotional anguish, loss of care, comfort, companionship, society, guidance, counsel, nurture, love, affection, association, consortium, services, and support.

18.     As a direct and proximate result of the Incident, Plaintiffs have incurred expenses, including but not limited to, medical bills and funeral and burial expenses.

19.     Upon information and belief, Defendant Springs Window Fashions, LLC; Lowe's Companies, Inc.; Lowe's Home Centers, LLC; and LG Sourcing (hereinafter "Blind Defendants")

3

designed, manufactured, assembled, marketed, distributed, sold, and/or installed the window covering involved in Hazel's death (the "Subject Blind").

20.   Upon information and belief, Defendants Dat Nguyen and/or Jenisus Lee selected, purchased, assembled, and/or installed the Subject Blind.

**FIRST CAUSE OF ACTION**
**(Product Liability—Blind Defendants)**

21.   Plaintiffs incorporate the preceding allegations as if fully set forth herein.

22.   The Subject Blind was dangerous, defective, and posed an unreasonable risk of strangulation to children in one or more of the following respects:

a.   It was designed and manufactured with a corded lift system rather than a cordless lift system;

b.   It was designed and manufactured with lift cords that extend more than 7 ¼ inches in length when blinds are lowered;

c.   It was sold and installed without available devices to guard against cord strangulation, including breakthrough tassels and cord cleats; and

d.   It was manufactured without the proper and legally required warning labels regarding child strangulation.

23.   Defendants failed to take adequate measures to recall, modify, or retrofit the Subject Blind after its sale and installation despite Defendants' knowledge that it posed a substantial risk of harm to persons and despite their ability to identify and communicate that risk to Plaintiffs.

24.   At all times pertinent hereto, the Subject Blind was used in a manner reasonably anticipated by Defendants.

25.   The Subject Blind and its parts were expected to and did reach the user without substantial change in the condition in which they were distributed.

4

26.     Defendants anticipated or could reasonably foresee Hazel's use and/or contact with the Subject Blind at the time it left their possession.

27.     The danger posed by the defective condition of the Subject Blind and its component parts were not readily recognizable by the ordinary user, including Plaintiffs.

28.     Defendants knew or should have known that the users of the Subject Blind, such as Plaintiffs, would not realize its dangerous condition knowing that window coverings have been designated as a top five hidden hazard in the home by the Consumer Product Safety Commission.

29.     Plaintiffs could not have reasonably discovered, would not be expected to discover, and did not discover the defects in the Subject Blind through the exercise of reasonable care.

30.     The defects and/or the defective condition of the Subject Blind and its component parts were the proximate cause of Hazel's death and of Plaintiffs' injuries and damages.

31.     To the extent the Defendants' acts or omissions resulted from willful and malicious conduct, or conduct demonstrating knowing and reckless indifference toward, and a disregard of public health, safety and the rights of others, Plaintiffs are entitled to recover punitive damages.

**SECOND CAUSE OF ACTION**
**(Negligence—Blind Defendants)**

32.     Plaintiffs incorporate the preceding allegations as if fully set forth herein.

33.     Defendants owed a duty of reasonable care in designing, manufacturing, assembling, marketing, distributing, selling, and installing window covering products, including the Subject Blind, to customers and other potential users of the products.

34.     Defendants failed to comply with their duty of reasonable care in one or more of the following respects:

a.  By designing and manufacturing the Subject Blind with a corded lift system rather than a cordless lift system;

5

b. By designing and manufacturing the Subject Blind with lift cords that needlessly extend more than 7 ¼ inches in length when the blinds are lowered;

c. By selling and installing the Subject Blind without available devices to guard against cord strangulation, including breakthrough tassels and/or cord cleats;

d. By selling the Subject Blind without adequately informing the customer of the child strangulation hazard it posed and without adequately presenting other available child-safe window covering alternatives;

e. By manufacturing and installing the Subject Blind without the legally required warning labels regarding child strangulation hazards;

f. By failing to modify, retrofit, or recall the Subject Blind after its sale and installation;

g. By failing to provide a post-sale warning regarding the dangerous and defective nature of the Subject Blind.

35. The above negligent actions and omissions were the proximate cause of Hazel's death and of Plaintiffs' injuries and damages.

36. To the extent the Defendants' acts or omissions resulted from willful and malicious conduct, or conduct demonstrating knowing and reckless indifference toward, and a disregard of, public health, safety and the rights of others, Plaintiffs are entitled to recover punitive damages.

### THIRD CAUSE OF ACTION
### (Breach of Warranty—Blind Defendants)

37. Plaintiffs incorporate the preceding allegations as if fully set forth herein.

38. Defendants expressly or impliedly warranted that the Subject Blind and its component parts were merchantable, free from defects, fit for the purposes for which they were intended and fit for reasonably foreseeable uses, including the use in question.

39. Defendants breached their warranties regarding the Subject Blind and its

6

component parts as the Subject Blind was defective and unreasonably dangerous for its foreseeable uses.

40.     The Defendants' breach of warranty was a proximate cause of Hazel's death and of Plaintiffs' injuries and damages.

## FOURTH CAUSE OF ACTION
### (Negligence-Dat Nguyen and Jenisus Lee)

41.     Plaintiffs incorporate the preceding allegations as if fully set forth herein.

42.     Defendants Dat Nguyen and Jenisus Lee, as the landlords of the Property, owed a duty to Plaintiffs to use a degree of care, skill, and diligence used as a landlord in the State of Utah, and to discover and prevent dangerous and/or hidden hazards from existing on the Property.

43.     Defendants breached this duty of care by allowing the Subject Blind, which was dangerous and defective and was a hazard hidden from the Plaintiffs, to remain installed in its condition at the Property up through the time of the Incident.

44.     The above negligent actions and omissions were a proximate cause of Hazel's death and of Plaintiffs' injuries and damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

a.      For special damages, including but not limited to medical bills, funeral, burial and related expenses, arising out of the death of Hazel Rasmussen;

b.      For general damages, including but not limited to damages for the loss of the care, comfort, companionship, society, guidance, love, affection, association, services and support of Hazel Rasmussen;

c.      For the pre-morbid fear, pain, and suffering experienced by Hazel Rasmussen;

d.      For punitive damages to the extent allowed by law;

7

e.   For costs, expenses and attorney's fees associated with this proceeding to the extent allowed by law;

f.   For pre- and post-judgment interest to the extent allowed by law; and

g.   For such other relief as this Court may deem just and proper under the circumstance.

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury of all triable issues.

Dated this 11th day of April 2025.

MORTENSEN & MILNE

/s/ *Christopher J. Cheney*
Alan W. Mortensen
Lance L. Milne
Christopher J. Cheney
*Attorneys for Plaintiffs*

# 003. Return of Service - Jenisus Lee 2025-04-21

## RETURN OF SERVICE

**State of Utah**                      **County of SALT LAKE**                      **Third District Court**

Case Number: 250902850

Plaintiff: **CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the Estate of HAZEL RASMUSSEN,**
vs.

Defendant: **SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC.; LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE;**

For:
CHRISTOPHER J. CHENEY
MORTENSEN & MILNE
68 S. Main Street, Suite 700
Salt Lake City, UT 84101

Received by ANDERSON ATTORNEY SERVICES on the 11th day of April, 2025 at 1:07 pm to be served on **JENISUS LEE, 2802 South Hackney Road, WEST VALLEY CITY, UT 84120**

I, SIMEON HOWELL, do hereby affirm that on the **11th day of April, 2025** at **3:30 pm, I:**

**Individually/Personally Served** by delivering a true copy of the **SUMMONS & COMPLAINT AND DEMAND FOR JURY TRIAL (TIER 3); and Bilingual Notice;** with the date and hour endorsed thereon by me,to: **JENISUS LEE** at the address of: **2802 South Hackney Road, WEST VALLEY CITY, UT 84120** and informed the said person of the contents therein, in compliance with state statutes.

I am over the age of 21 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.


_Simeon Howell_

**SIMEON HOWELL**
Process Server

**ANDERSON ATTORNEY SERVICES**
**P.O. BOX 535**
**Salt Lake City, UT 84110**
**(801) 773-8220**

Our Job Serial Number: AND-2025002056

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel.: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

James T. Corrigan (Pro Hac Vice Pending)
O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON & QUILLIN, LLC
1034 S. Brentwood Blvd. Penthouse-1A, 23rd Floor
St. Louis, MO 63119
Tel: (314) 405-9000
Fax: (314) 405-9999
corrigan@osclaw.com
*Attorneys for Plaintiffs*

SERVER Simeon Howell
DATE 4/11/25    TIME 5:30 Pm
P/S Jenisus Lee
ANDERSON ATTORNEY SERVICES #P101391
PO BOX 535, SLC, UT 84110  801-619-1110

## IN THE THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the Estate of HAZEL RASMUSSEN, <br>     Plaintiffs, <br><br> SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC.; LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE; <br><br>     Defendants. | **SUMMONS** <br> **(21-day)** <br><br> Case No.: 250902850 <br><br> Judge: Linda Jones |

THE STATE OF UTAH TO THE ABOVE-NAMED DEFENDANT:

**JENISUS LEE**

You are hereby summoned and required to file an answer in writing to the accompanying Complaint with the Clerk of the above-entitled Court, whose address is 450 South State Street, P.O. Box 1860, Salt Lake City, UT 84114-1860, and to serve upon, or mail to Plaintiffs' attorneys, Christopher J. Cheney, Lance L. Milne, and Alan W. Mortensen, at Mortensen & Milne, 68 S. Main Street, Suite 700, Salt Lake City, Utah 84101, a copy of said answer within twenty-one (21) days after service of this Summons upon you.

If you fail to do so, judgmental by default will be taken against you for the relief demanded in said Complaint which has been filed with the Clerk of said Court, a copy of which accompanies the Summons and is herewith served upon you.

Dated this 11th day of April 2025.

**MORTENSEN & MILNE**

/s/ *Christopher J. Cheney*
Alan W. Mortensen
Lance L. Milne
Christopher J. Cheney
*Attorneys for Plaintiffs*

Serve Defendant at:
2802 South Hackney Road
West Valley City, UT 84120

2

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer.

**Deadline!**
Your Answer must be filed with the court and served on the other party **within 21 days** of the date you were served with this Summons.

If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story.

**Read the complaint/petition**
The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully.

**Answer the complaint/petition**
You must file your Answer in writing with the court **within 21 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans

Scan QR code to visit page

**Serve the Answer on the other party**
You must email, mail or hand deliver a

---

Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta.

**¡Fecha límite para contestar!**
Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio.

Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos.

**Lea la demanda o petición**
La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente.

**Cómo responder a la demanda o petición**
Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span

Para accesar esta página escanee el código QR

**Entrega formal de la respuesta a la otra parte**

---

7015GEJ Approved January 22, 2018 /
Revised January 21, 2021

**Bilingual Notice to Responding Party for
In-State Summons
(for compliance with URCP 4)**

Page 1 of 2

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

| | |
|---|---|
| copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons. | Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio. |

**Finding help**
The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.


Scan QR code to visit page

**Cómo encontrar ayuda legal**
Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.

Para accesar esta página escanee el código QR

---


ب الـ سـح قـ م
لـ لرمز الـ ضوئـ ي
الـ صـ فحة لـ زيـ ارة

An Arabic version of this document is available on the court's website:

نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت:ت وجد
utcourts.gov/arabic

---

A Simplified Chinese version of this document is available on the court's website:
本文件的简体中文版可在法院网站上找到 :
utcourts.gov/chinese


请扫描QR码访问网页

---

A Vietnamese version of this document is available on the court's website:
Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:
utcourts.gov/viet


Xin vui lòng quét mã QR (Trả lời nhanh)để viếng trang

---

# 004. Return of Service - Dat Nguyen 2025-04-21

## RETURN OF SERVICE

**State of Utah**                    **County of SALT LAKE**                    **Third District Court**

Case Number: 250902850

Plaintiff: **CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the Estate of HAZEL RASMUSSEN,**
vs.
Defendant: **SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC.; LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE;**

For:
CHRISTOPHER J. CHENEY
MORTENSEN & MILNE
68 S. Main Street, Suite 700
Salt Lake City, UT 84101

Received by ANDERSON ATTORNEY SERVICES on the 11th day of April, 2025 at 1:07 pm to be served on **DAT NGUYEN, 2802 South Hackney Road, WEST VALLEY CITY, UT 84120**

I, SIMEON HOWELL, do hereby affirm that on the **11th day of April, 2025** at **3:30 pm, I:**

**Substitute Served** by leaving a true copy of this **SUMMONS & COMPLAINT AND DEMAND FOR JURY TRIAL (TIER 3); and Bilingual Notice;** with the date and hour of service endorsed thereon by me with JENISUS LEE, WIFE as **SPOUSE** at the address of: **2802 South Hackney Road, WEST VALLEY CITY, UT 84120** at the address of: **2802 South Hackney Road, WEST VALLEY CITY, UT 84120** and informing said person of the contents therein.

I am over the age of 21 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.

*Simeon Howell*

**SIMEON HOWELL**
Process Server

**ANDERSON ATTORNEY SERVICES**
**P.O. BOX 535**
**Salt Lake City, UT 84110**
**(801) 773-8220**

Our Job Serial Number: AND-2025002057

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel.: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

James T. Corrigan (Pro Hac Vice Pending)
O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON & QUILLIN, LLC
1034 S. Brentwood Blvd. Penthouse-1A, 23rd Floor
St. Louis, MO 63119
Tel: (314) 405-9000
Fax: (314) 405-9999
corrigan@osclaw.com
*Attorneys for Plaintiffs*

SERVER _Simeon Howell_
DATE _6/11/25_        TIME _3:30 pm_
P/S _Jenisus Lee_
ANDERSON ATTORNEY SERVICES #P101391
PO BOX 535, SLC, UT 84110  801-619-1110

## IN THE THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the Estate of HAZEL RASMUSSEN, <br> Plaintiffs, | **SUMMONS** <br> **(21-day)** |
| | Case No.: 250902850 |
| SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC.; LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE; <br> Defendants. | Judge: Linda Jones |

THE STATE OF UTAH TO THE ABOVE-NAMED DEFENDANT:

## DAT NGUYEN

You are hereby summoned and required to file an answer in writing to the accompanying Complaint with the Clerk of the above-entitled Court, whose address is 450 South State Street, P.O. Box 1860, Salt Lake City, UT 84114-1860, and to serve upon, or mail to Plaintiffs' attorneys, Christopher J. Cheney, Lance L. Milne, and Alan W. Mortensen, at Mortensen & Milne, 68 S. Main Street, Suite 700, Salt Lake City, Utah 84101, a copy of said answer within twenty-one (21) days after service of this Summons upon you.

If you fail to do so, judgmental by default will be taken against you for the relief demanded in said Complaint which has been filed with the Clerk of said Court, a copy of which accompanies the Summons and is herewith served upon you.

Dated this 11th day of April 2025.

**MORTENSEN & MILNE**

/s/ *Christopher J. Cheney*
Alan W. Mortensen
Lance L. Milne
Christopher J. Cheney
*Attorneys for Plaintiffs*

Serve Defendant at:
2802 South Hackney Road
West Valley City, UT 84120

2

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer.

**Deadline!**
Your Answer must be filed with the court and served on the other party **within 21 days** of the date you were served with this Summons.

If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story.

**Read the complaint/petition**
The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully.

**Answer the complaint/petition**
You must file your Answer in writing with the court **within 21 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans

Scan QR code to visit page

**Serve the Answer on the other party**
You must email, mail or hand deliver a

---

Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta.

**¡Fecha límite para contestar!**
Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio.

Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos.

**Lea la demanda o petición**
La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente.

**Cómo responder a la demanda o petición**
Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span

Para accesar esta página escanee el código QR

**Entrega formal de la respuesta a la otra parte**

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons.

**Finding help**
The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.


Scan QR code to visit page

Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio.

**Cómo encontrar ayuda legal**
Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.


Para accesar esta página escanee el código QR


يرجى المسح الضوئي للرمز الضوئي الصفحة لزيارة

An Arabic version of this document is available on the court's website:

نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت:ت وجد
utcourts.gov/arabic

A Simplified Chinese version of this document is available on the court's website:
本文件的简体中文版可在法院网站上找到：
utcourts.gov/chinese


请扫描QR码访问网页

A Vietnamese version of this document is available on the court's website:
Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:
utcourts.gov/viet


Xin vui lòng quét mã QR (Trả lời nhanh)để viếng trang

# 006. Motion Pro Hac Vice Admission of James T. Corrigan 2025-04-28

Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

*Attorneys for Plaintiffs*

## IN THE THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the ESTATE of HAZEL RASMUSSEN, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC. LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE, <br><br> Defendants. | **MOTION AND CONSENT OF SPONSORING LOCOAL COUNSEL FOR PRO HAC VICE ADMISSION OF JAMES T. CORRIGAN** <br><br> Civil No.: 250902850 <br><br> Judge: Linda Jones |

Pursuant to Rule 14-806 of the Utah Code of Judicial Administration, I, Alan W. Mortensen, respectfully move the Court for an ordering admitting James T. Corrigan, of the law firm of O'leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC, pro hac vice to act as counsel in the above-captioned matter on the following basis:

Plaintiffs Cheryl Rasmussen and Michalek Hartranft have retained the service of James T. Corrigan, who is neither licensed to practice law in the State of Utah nor a resident of Utah. James T. Corrigan is admitted to practice in the State of Missouri where he is an attorney in good standing as evidenced by the original Certificate of Good Standing and application submitted to the Utah State Bar, *attached as Exhibit A.*

As required by Rule 14-806, both a filing fee and James T. Corrigan's original Application have been submitted to the Utah State Bar, *attached as Exhibit B*. I hereby agree to serve as designated local counsel for the subject case. I agree to comply with all applicable provisions of the Utah Rules of Civil Procedure and the Utah Code of Judicial Administration, and to readily communicate with opposing counsel and the court regarding the conduct of this case. I also agree to accept papers when served as well as recognize the responsibility to act for and on behalf of the clients in all case-related proceedings, including hearings, pretrial conferences, and trials, should James T. Corrigan fail to respond to any court order.

A proposed order admitting James T. Corrigan accompanies this motion.

DATED this 28th day of April 2025.

**MORTENSEN & MILNE**

/s/ *Alan W. Mortensen*
Christopher J. Cheney
Alan W. Mortensen
Lance L. Milne
*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 28th of April 2025, I caused a true and correct copy of

the foregoing **MOTION AND CONSENT OF SPONSORING LOCAL COUNSEL FOR**

**PRO HAC VICE ADMISSION OF JAMES T. CORRIGAN** to be filed electronically through

the GreenFiling system and served upon the following:

Jameson B. Carroll
CARROLL & WEISS LLP
2870 Peachtree Rd. NW, STE 193
Atlanta, Georgia 30305
jcarroll@carrollweiss.com
*Attorney for Defendant Springs Window
Fashions, LLC*

# 007. Exhibit A 2025-04-28

## The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/4/1996,

# *James Thomas Corrigan*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 15th day of April, 2025.

Clerk of the Supreme Court of Missouri

# 008. Exhibit B 2025-04-28

# Pro Hac Vice Application - Pro Hac Vice

**Application Submitted on 04.22.2025**

**Personal Information**

**Personal Information**

| | |
|---|---|
| Applicant Full Name | James T. Corrigan |
| Applicant Firm Name | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC |
| Applicant Firm Address | 1034 S. Brentwood Blvd. |
| Applicant Firm Address | PH-1A, 23rd Floor |
| Applicant City | St. Louis |
| Applicant State | Missouri |
| Applicant Zip Code | 63117 |
| Applicant Mobile Number | null |
| Applicant Office Number | 314-405-9000 |
| Pro Hac Vice Applicant Email | corrigan@osclaw.com |

**Local Counsel Information**

| | |
|---|---|
| Local Counsel Name | Alan W. Mortensen |
| Local Counsel Bar Number | 6616 |
| Local Counsel Firm Name | Mortensen & Milne |
| Local Counsel Firm Address 1 | 68 S. Main Street, Floor 7 |
| Local Counsel Firm Address 2 | |
| Local Counsel City | Salt Lake City |
| **Local Counsel State** | UTAH |
| Local Counsel Zip Code | 84101 |
| Local Counsel Telephone Number | 801-521-4444 |
| Local Counsel Email | amort@mortmilnelaw.com |

**Case Information**

| | |
|---|---|
| Case Name | Cheryl Rasmussen and Michelek Hartranft, individually and on behalf of the Estate of Hazel Rasmussen v. Springs Window Fashions, LLC, et al. |
| Case Number | 220401317 |
| Party on whose behalf Applicant seeks to appear | Plaintiffs |
| Will you be appearing before a court? | Yes |
| Name of Court and County | Third Judicial District, Salt Lake County |

**Bar Membership**

**Bar Membership**

List every state in which you hold a license to practice law.

NOTE: Please upload separately, a certificate of good standing from the licensing entity of each state that you have been admitted to.

| | |
|---|---|
| Jurisdiction | MO |

| Bar Number | 45127 |
|---|---|
| Date of Admission | 10-4-1996 |

| Jurisdiction | IL |
|---|---|
| Bar Number | 06239207 |
| Date of Admission | 5-8-1997 |

**Disciplinary Actions**

| Have you ever been the subject of disciplinary action by any bar? | No |
|---|---|
| Are you (the Applicant) the subject of any pending disciplinary proceedings by any state's or court's disciplinary agency? | No |

**Prior Pro Hac in Utah**

List previous Pro Hac Vice Admissions in the State of Utah. If not applicable, enter N/A.

| Case Name | Brindie Bishop, et al. v. The Blindman, Inc. |
|---|---|
| Case Number | 220401767 |

| Case Name | Michelle Elkins and Jennifer Elkins, individually and on behalf of the estate of Christopher Elkins, deceased v. The Blindman, Inc. |
|---|---|
| Case Number | 2204011317 |

**Attestation**

**Attestation**

| Applicant certifies that they are a member in good standing of all bars to which they have been admitted | Yes |
|---|---|
| Applicant is familiar with the rules of procedure and evidence, including applicable local rules | Yes |
| Applicant will be available for all depositions, hearings and conferences | Yes |
| Applicant will comply with the rulings and orders of the court | Yes |
| Applicant certifies that they have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility | Yes |
| Applicant hereby certifies that they are not a resident of Utah and that the foregoing is true and correct and is subject to the penalty of perjury | Yes |

Require Electronic Signature / Date

By typing your name, you are signing this document electronically and demonstrating your intent to use this electronic signature as your verification that you have read, understood and agreed to the terms and conditions listed in the Release of Liability and Acknowledgement and Acceptance of Testing Conditions.

| Type your name in the box to sign electronically: | /s/James T. Corrigan |
|---|---|

**Signed on this date: 04/22/2025 12:02:35**

Apr 28 2025

Utah Bar Admissions
645 South 200 East
Salt Lake City, UT 84111
TELEPHONE 801 531-9077



# Utah State Bar ®

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077
http://www.UtahBar.org

## ACKNOWLEDGEMENT OF SUPPORTING DOCUMENTATION
## AND RECEIPT OF PRO HAC VICE FILING FEE

| | |
|---|---|
| Date Issued: | April 28, 2025 |
| Case Name: | Cheryl Rasmussen and Michelek Hartranft, individually and on behalf of the Estate of Hazel Rasmussen v. Springs Window Fashions, LLC, et al. |
| Court Name: | In The Third Judicial District, Salt Lake County, State of Utah |
| Case Number: | 220401317 |

This letter serves as an acknowledgement that the $425.00 pro hac vice filing fee for **James T. Corrigan** in the above-referenced case has been paid to the Utah State Bar and that the required supporting documentation is complete and in good order. If you have any questions, please call the Bar at (801) 531-9077.

Maribeth LeHoux
General Counsel

**Note to Counsel:** An original motion signed by a member of the Utah State Bar who expressly consents to appearing as local counsel should be filed with the court along with: (1) copies of the Application and Certificate of Good Standing which were provided to the Bar; (2) this Acknowledgement of Supporting Documentation and Receipt of Pro Hac Vice Filing Fee; and (3) a proposed order.

*Attorneys admitted Pro Hac Vice must file an "Annual Renewal with the Bar on or before the anniversary date of the filing of the[ir] initial application with the Bar... certify[ing] to the Bar that [they will] continue to act as counsel in the cause or that the cause has been finally adjudicated... And remit to the Bar an annual fee equal to the current dues paid by active members of the Utah State Bar. See Rule 14-806(n). and Rule 14-806(o) for failure to renew.

**For annual renewal information visit: https://www.utahbar.org/pro-hac-vice/

Serving the public. Working for justice.

# 009. Order (Proposed) Granting Pro Hac Vice Admission of James T. Corrigan 2025-04-28

Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

*Attorneys for Plaintiffs*

---

**IN THE THIRD JUDICIAL DISTRICT COURT**
**SALT LAKE COUNTY, STATE OF UTAH**

---

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the ESTATE of HAZEL RASMUSSEN,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC. LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE,<br><br>Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION OF JAMES T. CORRIGAN**<br><br>Civil No.: 250902850<br><br>Judge: Linda Jones |

Based upon the Motion for Admission of Pro Hac Vice of James T. Corrigan and the

consent to appear as associate counsel by Alan W. Mortensen, it is hereby ordered that James T.

Corrigan be admitted pro hac vice as counsel for Plaintiffs Cheryl Rasmussen and Michalek

Hartranft in the above-entitled matter.

**\*\*\*Pursuant to Utah Rules of Civil Procedure 10(e), the Court's signature for this**

**Order and its date appear at the top of the first page\*\*\***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th of April 2025, I caused a true and correct copy of

the foregoing **ORDER GRANTING PRO HAC VICE ADMISSION OF JAMES T.**

**CORRIGAN** to be filed electronically through the GreenFiling system and served upon the

following:

Jameson B. Carroll
CARROLL & WEISS LLP
2870 Peachtree Rd. NW, STE 193
Atlanta, Georgia 30305
jcarroll@carrollweiss.com
*Attorney for Defendant Springs Window*
*Fashions, LLC*

2

**011. Order (signed) Granting Pro Hac Vice Admission of James T. Corrigan 2025-04-30**

The Order of the Court is stated below:
Dated:    April 30, 2025            /s/   AMBER M. METTLER
            09:42:34 AM                  District Court Judge

Alan W. Mortensen (6616)
Lance L. Milne (14879)
1Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

*Attorneys for Plaintiffs*

## IN THE THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the ESTATE of HAZEL RASMUSSEN,<br><br>      Plaintiffs,<br><br>v.<br><br>SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC. LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE,<br><br>      Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION OF JAMES T. CORRIGAN**<br><br>Civil No.: 250902850<br><br>Judge: Linda Jones |

Based upon the Motion for Admission of Pro Hac Vice of James T. Corrigan and the consent to appear as associate counsel by Alan W. Mortensen, it is hereby ordered that James T. Corrigan be admitted pro hac vice as counsel for Plaintiffs Cheryl Rasmussen and Michalek Hartranft in the above-entitled matter.

***Pursuant to Utah Rules of Civil Procedure 10(e), the Court's signature for this

Order and its date appear at the top of the first page***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th of April 2025, I caused a true and correct copy of

the foregoing **ORDER GRANTING PRO HAC VICE ADMISSION OF JAMES T.**

**CORRIGAN** to be filed electronically through the GreenFiling system and served upon the

following:

Jameson B. Carroll
CARROLL & WEISS LLP
2870 Peachtree Rd. NW, STE 193
Atlanta, Georgia 30305
jcarroll@carrollweiss.com
*Attorney for Defendant Springs Window*
*Fashions, LLC*

2

# 013. Motion to Dismiss Without Prejudice 2025-05-01

Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel.: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

James T. Corrigan (Pro Hac Vice)
O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON & QUILLIN, LLC
1034 S. Brentwood Blvd. Penthouse-1A, 23rd Floor
St. Louis, MO 63119
Tel: (314) 405-9000
Fax: (314) 405-9999
corrigan@osclaw.com
*Attorneys for Plaintiffs*

**IN THE THIRD JUDICIAL DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the Estate of HAZEL RASMUSSEN,<br><br>     Plaintiffs,<br><br>v.<br><br>SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC.; LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE;<br><br>     Defendants. | **MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**(TIER 3)**<br><br>Case No. 250902850<br><br>Judge:  Linda Jones |

Plaintiffs, Cheryl Rasmussen and Michalek Hartranft, individually and on behalf of the estate of Hazel Rasmussen, hereby motion the Court to dismiss without prejudice Defendants Lowe's Companies, Inc. and LG Sourcing, Inc. No stipulation or responsive pleading is necessary to grant this motion as the Complaint has not been served on these parties, and they have not entered an appearance in the case.

Dated this 1st day of May 2025.

MORTENSEN & MILNE

/s/ *Christopher J. Cheney*
Alan W. Mortensen
Lance L. Milne
Christopher J. Cheney
*Attorneys for Plaintiffs*

2

# 015. Order (Proposed) Granting Motion to Dismiss Without Prejudice 2025-05-01

Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

James T. Corrigan (Pro Hac Vice)
O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON & QUILLIN, LLC
1034 S. Brentwood Blvd., Penthouse-1A, 23rd Floor
St. Louis, MO 63119
Tel: (314) 405-9000
Fax: (314) 405-9999
corrigan@osclaw.com
*Attorneys for Plaintiffs*

**IN THE THIRD JUDICIAL DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the ESTATE of HAZEL RASMUSSEN,<br><br>      Plaintiffs,<br><br>v.<br><br>SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC. LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE,<br><br>      Defendants. | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**(TIER 3)**<br><br>Civil No.: 250902850<br><br>Judge: Linda Jones |

Based on the Plaintiffs, Cheryl Rasmussen and Michalek Hartranft, individually and on behalf of the estate of Hazel Rasmussen, Motion to Dismiss Without Prejudice, and good cause appearing, IT IS HEREBY ORDER:

That Defendants Lowe's Companies, Inc. and LG Sourcing, Inc. are dismissed without prejudice.

**--------END OF ORDER--------**

*The Court's signature appears at the top of this document*

2

# 017. Order Granting Motion to Dismiss Without Prejudice 2025-05-01

The Order of the Court is stated below:
**Dated:** May 01, 2025          **/s/**   AMBER M. METTLER
             02:38:15 PM                      District Court Judge

Alan W. Mortensen (6616)
Lance L. Milne (14879)
1Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

James T. Corrigan (Pro Hac Vice)
O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON & QUILLIN, LLC
1034 S. Brentwood Blvd., Penthouse-1A, 23rd Floor
St. Louis, MO 63119
Tel: (314) 405-9000
Fax: (314) 405-9999
corrigan@osclaw.com
*Attorneys for Plaintiffs*

---

**IN THE THIRD JUDICIAL DISTRICT COURT**
**SALT LAKE COUNTY, STATE OF UTAH**

---

| | |
|---|---|
| CHERYL RASMUSSEN and MICHALEK HARTRANFT, individually and on behalf of the ESTATE of HAZEL RASMUSSEN, | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |
| Plaintiffs, | **(TIER 3)** |
| v. | Civil No.: 250902850 |
| SPRINGS WINDOW FASHIONS, LLC; LOWE'S COMPANIES, INC. LOWE'S HOME CENTERS, LLC; LG SOURCING; DAT NGUYEN; and JENISUS LEE, | Judge: Linda Jones |
| Defendants. | |

2

Based on the Plaintiffs, Cheryl Rasmussen and Michalek Hartranft, individually and on behalf of the estate of Hazel Rasmussen, Motion to Dismiss Without Prejudice, and good cause appearing, IT IS HEREBY ORDER:

That Defendants Lowe's Companies, Inc. and LG Sourcing, Inc. are dismissed without prejudice.

--------**END OF ORDER**--------

*The Court's signature appears at the top of this document*

2